### MITCHELL vs. BRADBERRY.

CERTIORARI, FROM GWINNETT. Jury and Jurors. Justice Courts. Certiorari. (Before F. F. Juhan, Esq., judge *pro hac vice*.)

Blandford, J.—While it might have been a good ground for challenging jurors in a justice's court, before the jury had been empanelled, that the names of some of the jurors were not on the list of names of jurors furnished by the jury commissioners to the clerk of the superior court, yet where no objection was made before the trial, and no ruling was made thereon, it cannot be taken advantage of by certiorari after verdict. Code, §5052.

Judgment affirmed.

C. H. Brand, by Harrison & Peeples, for plaintiff in error.

No appearance for defendant.